guy

FILED
06 OCT 16 AM 9:59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case Number: '06 MG 19 06 |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 21, U.S.C., Sections 952 and 960 |
| ) | Importation of a Controlled Substance |
| Israel SONORA, ) | |
| Ernesto LOPEZ, ) | |
| ERROA, Emilger ) | |
| Defendants ) | |

The undersigned complaint being duly sworn states:

On or about October 15, 2006, within the Southern District of California, Israel SONORA, Ernesto LOPEZ, and ERROA Emilger did knowingly and intentionally import approximately 15.25 kg. of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

*Julia Axelsson*
SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 16th DAY OF October, 2006.

*[signature]*
MAGISTRATE JUDGE



## PROBABLE CAUSE STATEMENT

On October 15, 2006, at approximately 05:25 a.m., Israel SONORA, Ernesto LOPEZ and Emilger ERROA entered the United States from the Republic of Mexico through the San Ysidro, California, Port of Entry. SONORA was the driver and the registered owner of a red 1998 Ford F-150 bearing California license plate 7Z23995. LOPEZ and ERROA accompanied SONORA as passengers.

On October 15, 2006 at approximately 05:25 a.m. Canine Enforcement Officer (CEO) Mark W. Schneider was performing pre-primary inspection duties when his Narcotic Detection Dog (NDD) "CB-17" alerted to the presence of the drugs odor emanating from a 1998 red Ford F-150 bearing CAUS license plate 7Z23995. CEO Schneider informed Anti-Terrorism Contraband Enforcement Team (AT-CET) officer Michael Kaline about the NDD alert.

AT-CET officer Kaline contacted the driver of the vehicle who was identified as Israel SONORA. SONORA was accompanied by two males who were identified as Ernesto LOPEZ and Emilger ERROA. SONORA gave two negative Customs declarations. When asked what did the men do in Tijuana, Mexico, SONORA stated that they went partying and were going back home to Long Beach, California. SONORA stated that he was the registered owner of the vehicle, which he bought approximately 9 months ago.

On October 15, 2006 at approximately 05:35 a.m. Customs and Border Protection Officer (CBPO) Henry Duke conducted the secondary inspection of the vehicle. CBPO Duke discovered 13 packages total of 15.25 kilograms of a white

powdery substance which field-tested positive for the presence cocaine. The packages were discovered in the non-factory built compartment covered by a specially designed access metal plate behind the vehicle's front right side fender.

Israel SONORA waived his Constitutional rights and denied knowledge of the drugs in the vehicle. SONORA stated that he and his friend went to club "Iguanas" in Tijuana, Mexico, where they were partying all night from approximately 11:00 p.m. to 05:00 a.m., then, they drove straight to San Ysidro Port of Entry. SONORA stated that he has known LOPEZ and ERROA for approximately 2 years. ERROA probably lived in Fontana, and LOPEZ resided in San Bernardino. SONORA stated that he did not give the vehicle's key to anyone.

Ernesto LOPEZ waived his Constitutional rights and denied knowledge of the drugs in the vehicle. LOPEZ stated that the vehicle belonged to SONORA. SONORA, ERROA (whom he called "Humberto" or "Franco") and two other males are usually the men with whom he goes to various clubs and drinks. LOPEZ knows the other two men as Jose (also known as "Popeye") and Chipparo. Jose is a tall bold-headed Hispanic male. Chipparo is a very short male who lives in Los Angeles and drives Honda. On October 14, 2006 at approximately 06:00 p.m. SONORA picked LOPEZ and ERROA at LOPEZ's home and they went to Tijuana. On the way to Mexico they were stopped for speeding. LOPEZ was previously arrested because his friend, who was in LOPEZ's vehicle, had methamphetamine in possession. LOPEZ could not remember when he was arrested but stated that it happened approximately in January of 2006.

Emilger ERROA waived his Constitutional rights and denied knowledge of the drugs in the vehicle. ERROA stated that he has known LOPEZ and SONORA for

approximately 2 years. The vehicle belonged to SONORA. Recently, ERROA moved to Las Vegas, Nevada. ERROA used to smoke marijuana when he was a teenager. On October 14, 2006 SONORA came to pick up LOPEZ and ERROA and they went to Tijuana, Mexico. All three of them went to club "Iguanas" where they stayed all night. When asked if anyone had an access to the vehicle when they were at the club, ERROA gave a negative response.

Israel SONORA, Ernesto LOPEZ and Emilger ERROA were arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and booked into the Metropolitan Correctional Center, San Diego, CA.